In the Matter of the Estate of EMMA SMALL MURRAY, Deceased.— Decree of the Surrogate's Court of Westchester county, denying ancillary letters, reversed upon the law and the facts, and application granted. Matter remitted to said court for issuance of ancillary letters as prayed for, with costs to appellant against respondents' next of kin. This court finds as matter of fact that at the date of petitioner's marriage to decedent on April 21, 1920, he was a resident of and domiciled in the city of Atlanta, Fulton county, Ga., and that such residence and domicile continued during the lifetime of decedent and at the date of the grant of letters of administration to petitioner by the Court of Ordinary for Fulton county in said State, and as matter of law that petitioner is entitled to the issuance to him of ancillary letters of administration as prayed for in the petition. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

JEFFERSON KEESLER, Respondent, v. THE CITY OF YONKERS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

FRANK KREFETZ, Respondent, v. GEORGE GOTTLIEB and JACOB KALMANOWITZ, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

HENRY W. McCARTHY, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

RUBY E. McCOMBS, Appellant, v. LOUIS VOGEL, Respondent, Impleaded with JOHN H. VOGEL.— Judgment in so far as appealed from, and order, unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Young, JJ.

JAMES J. O'BRIEN, as Administrator, etc., of JAMES O'BRIEN, Deceased, Respondent, v. CHARLES H. PEARSON and Another, Impleaded with AMERICAN NATIONAL RED CROSS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ANNA ONOFRIO, Appellant, v. AGNES MANGIALETTE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

THOMAS W. O'REILLEY, Respondent, v. LEE's LIGHTERS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN SCHOEN, JR., an Infant, by JOHN SCHOEN, SR., His Guardian ad Litem, Respondent, v. HYMAN W. GINSBURG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

STATE COUNCIL OF NEW YORK, DAUGHTERS OF AMERICA, Appellant, v. CATHOLIC DAUGHTERS OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

SAMUEL TUCHBAND, Respondent, v. ALEXANDER SIMCHOW, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.